UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Leroy Patten,                              Civ. File No. 07-1476 (PAM/RLE)

                 Plaintiff,

v.                                                           **ORDER**

Sarah E. Herrick, in her private
capacity, and in her official
capacity as MSOP-DOC Site,
Psychology Supervisor/Program Lead,

                 Defendant.

---

This matter is before the Court on the Report and Recommendation of Chief Magistrate Judge Raymond L. Erickson dated January 11, 2008. Plaintiff did not file objections to the Report and Recommendation in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Voluntary Dismissal (Docket No. 40) is **DENIED**.

Dated: February 14, 2008

                                                             s/Paul A. Magnuson
                                                              Paul A. Magnuson
                                                              United States District Court Judge