UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Leroy Patten,   Civil No. 07-1476 (PAM/RLE)

      Plaintiff,

v.   **ORDER**

Sarah E. Herrick, in her private
capacity and in her official capacity
as MSOP-DOC Site Psychology
Supervisor/Program Lead,

      Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Chief United States Magistrate Judge Raymond L. Erickson dated August 13, 2008. The R&R recommended that this Court dismiss Plaintiff's Complaint as a sanction for Plaintiff's deliberate and fraudulent misconduct.

Plaintiff has not filed objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 87).

Accordingly, **IT IS HEREBY ORDERED** that the Amended Complaint (Docket No. 9) is **DISMISSED with prejudice** as a sanction for Plaintiff's attempts to commit fraud on the Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Friday, September 12, 2008

                                *s/ Paul A. Magnuson*
                                Paul A. Magnuson
                                United States District Court Judge